

**ATTORNEYS AT LAW**

Michael J. Connolly
Member
mconnolly@formanlaw.com

www.formanlaw.com
REPLY TO PARAMUS

September 2, 2014

<u>Via ECF</u>

Hon. Nicholas G. Garaufis
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Lessno, LLC. v. Weiner
      13 CV 01518-NGG

Dear Judge Garaufis:

This firm represents the Appellant, Lessno, LLC in the above matter. We write to further advise Your Honor of the status of this matter.

Lessno, LLC is a debtor in a Chapter 11 bankruptcy case in the United States Bankruptcy Court for the Eastern District of New York. Lessno, LLC filed an appeal of an order awarding Appellee, Tally Weiner, certain legal fees in connection with that action.

Thereafter, Appellee agreed to accept a sum certain to resolve the matter. Lessno, LLC wired the agreed settlement to her account. The settlement is confirmed, as indicated in Appellee's counsel's letter of July 18, 2014 (Doc. No. 5 par. 3 "the parties had settled their underlying dispute several months ago.").

On July 1, 2014, Your Honor requested that the Appellant should file a letter regarding the status of the case or file a Stipulation of Dismissal. We contacted that Court and advised that we would circulate a stipulation. Ms. Weiner forwarded that enclosed e-mails indicated her amenability to a stipulation. However, when I forwarded a stipulation to Ms. Weiner's counsel, she then stated refused to stipulate.

As indicated above, this matter has been settled, and is no longer necessary to prosecute. We hope that this letter is useful to Your Honor in advance of the status conference.

Respectfully,

_____/s/_____
Michael J. Connolly
MJC/me
Cc:  Sean P. McGrath, Esq. (via E-mail)

00388647 - 1

80 Route 4 East, Suite 290
Paramus, NJ 07652
T 201.845.1000
F 201.845.9112

1700 Broadway, 41st Floor
New York, NY 10019
T 212.707.8500
F 212.707.8511

1615 Jackson Street
Philadelphia, PA 19145
T 215.925.7191
F 215.925.7192